UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AL BORDAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:04-cv-1127-JDT-WTL |
| | ) |
| LANIER WORLDWIDE, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having so stipulated, the Court hereby dismisses this matter with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1), each party to bear its own costs, including attorney's fees.

SO ORDERED.

Dated this  29th  day of  November , 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

John H. Haskin
jhaskin@hlllaw.com
Christopher S. Wolcott
cwolcott@hlllaw.com
255 North Alabama Street
Indianapolis, Indiana  46204

Michael A. Moffatt
mike.moffatt@odnss.com
Ogletree Deakins Nash Smoak
 & Stewart, P.C.
One Indiana Square
Suite 2300
Indianapolis, Indiana  46204